IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LAYNE MEACHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROL VERDOIA, et al.,<br><br>    Defendants, | MEMORANDUM DECISION AND ORDER REQUESTING FURTHER BRIEFING AND VACATING HEARING<br><br><br><br>Case No. 2:07-CV-329 TS |

The Court requires further briefing on the issue of what impact, if any, the Release entered into by Plaintiff and a number of state defendants—which resulted in the dismissal of Plaintiff's 1996[1] and 2000[2] lawsuits—has on this matter. It is therefore

ORDERED that Defendants submit a brief addressing this issue within fifteen (15) days of this Order. Plaintiff shall file his response seven (7) days after Defendants have filed their brief. It is further

ORDERED that the hearing set for October 15, 2007, is VACATED. The Court will reschedule the hearing at a future time, if necessary.

---

[1] *See* 2:96-CV-345 TC, Docket No. 155.

[2] *See* 2:00-CV-760 DAK, Docket No. 29.

1

DATED   October 11, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge